# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TOMMY LEE TUCKER, ) | |
| ) | |
| Plaintiff, ) | Case No.  3:15-cv-01810-B |
| ) | |
| v. ) | |
| ) | **NOTICE OF DISMISSAL** |
| RECEVIABLES PERFORMANCE ) | **WITH PREJUDICE** |
| MANAGEMENT LLC, ) | |
| Defendant. ) | |

Plaintiff, TOMMY LEE TUCKER, by and through his undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, RECEIVABLES PERFORMANCE MANAGEMENT LLC, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  An answer has not been filed.

Dated: November 25, 2015                              By:    /s/ Christopher Migliaccio
                                                                          Attorney for Plaintiff

Christopher Migliaccio
Attorney for Plaintiff
Allen Chern Law LLC
3600 Shire Blvd., Suite 205
Richardson, TX 75802
Phone: (972) 205-9750
christopher@wmtxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and to the below listed party via electronic mail.

/s/ Christopher M. Migliaccio
Attorney for Plaintiff

Mr. Mark T. Case
Receivables Performance Management LLC
20816 44th Ave W
Lynnwood, WA 98036
mcase@receivablesperformance.com